UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24697-PCH

**EMILIO PINERO,**

         **Plaintiff,**

**v.**

**PLAZA YI, LLC,**

         **Defendant.**
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, through undersigned, hereby notify the Court that they have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff in this lawsuit. The parties are preparing closing documents and will be moving for dismissal with prejudice within 21 days. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Dated: February 6, 2020

| s/ Lauren N Wassenberg<br>LAUREN N. WASSENBERG, ESQ.<br>*Attorney for Plaintiff*<br>1825 NW Corporate Blvd.  Suite 110<br>Boca Raton, FL 33431<br>Florida Bar No. 34083 | s/ Glenn L. Widom,<br>GLENN L. WIDOM, P.A.<br>*Attorney for Defendant*<br>696 N.E. 125th Street<br>North Miami, FL  33161<br>Florida Bar No. 024775<br>Phone:     305.663.8770<br>Fax:         786.206.3820<br>E-Mail:     gwidom@gwidomlaw.com |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 7th day of February 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Lauren Wassenberg
Lauren Wassenberg, Esq.
Florida Bar No.: 34083