UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-24697-PCH

EMILIO PINERO,

    Plaintiff,

v.

PLAZA YI, LLC,

    Defendant.
_____/



## ORDER GRANTING PARTIES' STIPULATION TO APPROVE SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the Parties' Stipulation to Approve Settlement and For Dismissal, With Prejudice, and the Court being fully advised in the premises, hereby

**ORDERS AND ADJUDGES that:**

1. The Parties' Stipulation is Granted.

2. The Court retains jurisdiction to enforce the Parties' February 18, 2020 Settlement Agreement. Except as provided for therein, each Party shall bear their own attorneys' fees and costs.

3. This action is otherwise dismissed, with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of February 2020.

_____
THE HONORABLE PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record